```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 02084
   ANTOINE STRINGFELLOW
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6766


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/31/2008 and was not confirmed.

     The case was dismissed without confirmation 04/21/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC      UNSECURED          144.67          .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         16209.47          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         3673.56          .00            .00
T MOBILE                  UNSECURED        NOT FILED         .00            .00
METHODIST HOSPITALS       UNSECURED        NOT FILED         .00            .00
FOUNDATION EMERGENCY SER  UNSECURED        NOT FILED         .00            .00
CITY OF CHICAGO PARKING   UNSECURED         5590.00          .00            .00
COMCAST                   UNSECURED        NOT FILED         .00            .00
HOUSEHOLD AUTO FINANCE    UNSECURED        NOT FILED         .00            .00
IL STATE DISBURSEMENT UN  UNSECURED        NOT FILED         .00            .00
ILLINOIS COLLECTION SE    UNSECURED        NOT FILED         .00            .00
GREGORY EMERGENCY PHYSIC  UNSECURED        NOT FILED         .00            .00
GREGORY EMERGENCY PHYSIC  UNSECURED        NOT FILED         .00            .00
PALLINO                   UNSECURED        NOT FILED         .00            .00
MARGORETTE YOUNG          DSO ARREARS      NOT FILED         .00            .00
IL STATE DISBURSEMENT UN  DSO ARREARS      NOT FILED         .00            .00
IL STATE DISBURSEMENT UN  UNSECURED        NOT FILED         .00            .00
IL STATE DISBURSEMENT UN  DSO ARREARS      NOT FILED         .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY         NOT FILED         .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,464.00                        .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00

               PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 02084 ANTOINE STRINGFELLOW
```

```
                             ---------------      ---------------
TOTALS                                   .00                  .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 07/22/08                      /s/ Tom Vaughn
                                    _____
                                      TOM VAUGHN
                                    CHAPTER 13 TRUSTEE